# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Jennifer Torrieri | CASE NO.: 1:07-cv-2771 |
| Plaintiff, | JUDGE: Christopher A. Boyko |
| v. | |
| Zwicker & Associates, P.C. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

IT IS SO ORDERED.
DATE: 10/31/07

*Christopher A. Boyko*

Judge Christopher A. Boyko
United States District Court

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip
Attorney for Plaintiff
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156
Jsh@legalhelpers.com

FILED
OCT 31 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.